FILED'08 OCT 01 13:27USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHERRY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | Civil No. 07-549-JO |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

Based upon the record,

IT IS ORDERED AND ADJUDGED the Commissioner's decision denying Williams' disability insurance benefits under Title II of the Social Security Act is affirmed. This action is dismissed and any pending motions are denied as moot.

DATED this __1__ day of October, 2008.

_Robert E. Jones_
ROBERT E. JONES
U.S. District Judge